**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MANASCO, TODD E.<br>MANASCO, DEBBIE M.<br><br>　　　　Debtors. | CHAPTER 7<br><br>CASE NO. 04-70960 MB<br><br>Judge MANUEL BARBOSA |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

　　　　NOW COMES THOMAS J. LESTER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.　　　　The Petition commencing this case was filed on 02/25/04. The Trustee was appointed on 02/25/04. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.　　　　The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.　　　　The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $121,975.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.　　　　A summary of the Trustee's Final Report as of December 20, 2006 is as follows:

| | | | | |
|---|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $ | 8,070.87 |
| b. | DISBURSEMENTS (See Exhibit C) | | $ | 0.00 |
| c. | NET CASH available for distribution | | $ | 8,070.87 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $ | 1,557.09 |
| | 2. | Trustee Expenses (See Exhibit E) | $ | 62.56 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 0.00 |

5. The Bar Date for filing unsecured claims expired on 08/09/04

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

   a. Allowed unpaid secured claims                              $         800.00

   b. Chapter 7 Administrative and
      28 U.S.C. §1930 claims                                     $       1,619.65

   c. Allowed Chapter 11 Administrative Claims                   $           0.00

   d. Allowed priority claims                                    $           0.00

   e. Allowed unsecured claims                                   $       9,769.42

   f. Surplus return to debtor                                   $           0.00

7. Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims and the untimely filed claim will receive a distribution of 16.68%.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,250.00 was paid to Debtors' counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

   **WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

                                                    RESPECTFULLY SUBMITTED:

DATE:   December 20, 2006                           /s/ Thomas J. Lester
                                                    THOMAS J. LESTER, Trustee
                                                    100 PARK AVENUE
                                                    P.O. BOX 1389
                                                    ROCKFORD, IL  61105-1389
                                                    (815) 490-4900

## TASKS PERFORMED BY TRUSTEE

1. Review Petition and schedules; conduct Section 341(a) Meeting of Creditors.

2. Investigate Debtors' assets.

3. Collect Debtors' installment payments due under the installment contract.

4. Prepare Trustee's Final Report to disburse funds to unsecured creditors and close case.

5. Prepare Annual reports.

6. Prepare Final Account and Form 4.

A detailed list of Trustee time is attached to the Trustee Application for Compensation as Exhibit-1.

**EXHIBIT A**

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 04-70960 MB | Trustee: | (330330) | THOMAS J. LESTER |
| --- | --- | --- | --- | --- |
| Case Name: | MANASCO, TODD E. | Filed (f) or Converted (c): | 02/25/04 (f) | |
| | MANASCO, DEBBIE M. | §341(a) Meeting Date: | 04/05/04 | |
| Period Ending: | 12/20/06 | Claims Bar Date: | 08/09/04 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 11 | 2000 GMC<br>Lien exceeds value of asset | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2000 Sylvan Boat<br>Exemptions and costs of sale exceed value of boat | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Gateway computer<br>Exempt asset | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | Sale of land in Alabama<br>Order approving compromise entered August 18, 2004 for $8,000.00 with Debtors to make monthly payments of $250.00. | 9,000.00 | 8,000.00 | | 8,000.00 | |
| 15 | Interest (u) | Unknown | N/A | | 70.87 | Unknown |
| 15 | **Assets Totals** (Excluding unknown values) | **$130,975.00** | **$8,000.00** | | **$8,070.87** | **$0.00** |

**Major Activities Affecting Case Closing:**

On August 18, 2004, an Order approving compromise was entered regarding the property in Alabama. The Debtors are receiving monthly payments of $250.00 from the buyers, and they make monthly payments of $250.00 to the Trustee. There are 7 monthly payments remaining. Claims to be reviewed and objections thereto to be filed if necessary. The Final Report will then be filed.


EXHIBIT B

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 04-70960 MB | Trustee: | (330330) | THOMAS J. LESTER |
| --- | --- | --- | --- | --- |
| Case Name: | MANASCO, TODD E. | Filed (f) or Converted (c): | 02/25/04 (f) | |
| | MANASCO, DEBBIE M. | §341(a) Meeting Date: | 04/05/04 | |
| Period Ending: | 12/20/06 | Claims Bar Date: | 08/09/04 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Real estate located at:<br>314 E. Oakwood, Byron, IL<br>Lien and exemptions exceed value of real estate | 82,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash<br>Exempt asset | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account--Amcore Bank<br>Exempt asset | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account-Stillman Bank<br>Exempt asset | 25.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings<br>Exempt asset | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel<br>Exempt asset | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry<br>Exempt asset | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Pension--wife<br>Exempt asset | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension-husband<br>Exempt asset | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1996 Jeep<br>Lien exceeds value of vehicle | 2,000.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 04-70960 MB | Trustee: (330330) | THOMAS J. LESTER |
| --- | --- | --- | --- |
| Case Name: | MANASCO, TODD E. | Filed (f) or Converted (c): | 02/25/04 (f) |
| | MANASCO, DEBBIE M. | §341(a) Meeting Date: | 04/05/04 |
| Period Ending: | 12/20/06 | Claims Bar Date: | 08/09/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): November 15, 2006          Current Projected Date Of Final Report (TFR): November 15, 2006

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-70960 MB |
|---|---|
| Case Name: | MANASCO, TODD E. / MANASCO, DEBBIE M. |
| Taxpayer ID #: | 13-7413116 |
| Period Ending: | 12/20/06 |

| Trustee: | THOMAS J. LESTER (330330) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-****06-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/04 | {14} | Todd & Debbie Manasco | Installment payment from sale of land in Alabama | 1141-000 | 500.00 | | 500.00 |
| 05/21/04 | {14} | TODD & DEBBIE MANASCO | Installment payment from sale of land in Alabama. | 1141-000 | 250.00 | | 750.00 |
| 05/28/04 | {15} | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 0.05 | | 750.05 |
| 06/16/04 | {14} | Todd & Debbie Manasco | Installment payment from sale of land in Alabama. | 1141-000 | 250.00 | | 1,000.05 |
| 06/30/04 | {15} | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 0.11 | | 1,000.16 |
| 07/16/04 | {14} | Todd & Debbie Manasco | Installment payment from sale of land in Alabama | 1141-000 | 250.00 | | 1,250.16 |
| 07/30/04 | {15} | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 0.14 | | 1,250.30 |
| 08/24/04 | {14} | TODD & DEBBIE MANASCO | Payment from sale of land in Alabama | 1141-000 | 250.00 | | 1,500.30 |
| 08/31/04 | {15} | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 0.20 | | 1,500.50 |
| 09/20/04 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 1,750.50 |
| 09/30/04 | {15} | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 0.26 | | 1,750.76 |
| 10/18/04 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 2,000.76 |
| 10/29/04 | {15} | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.33 | | 2,001.09 |
| 11/15/04 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama | 1141-000 | 250.00 | | 2,251.09 |
| 11/30/04 | {15} | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.44 | | 2,251.53 |
| 12/20/04 | {14} | Todd and Debbie Manasco | Installment payment re: sale of land | 1141-000 | 250.00 | | 2,501.53 |
| 12/31/04 | {15} | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.50 | | 2,502.03 |
| 01/17/05 | {14} | TODD & DEBBIE MANASCO | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 2,752.03 |
| 01/31/05 | {15} | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 0.65 | | 2,752.68 |
| 02/15/05 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama | 1141-000 | 250.00 | | 3,002.68 |
| 02/28/05 | {15} | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.68 | | 3,003.36 |

| | | | Subtotals: | $3,003.36 | $0.00 | |

EXHIBIT

{ } Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-70960 MB |
|---|---|
| Case Name: | MANASCO, TODD E. MANASCO, DEBBIE M. |
| Taxpayer ID #: | 13-7413116 |
| Period Ending: | 12/20/06 |

| Trustee: | THOMAS J. LESTER (330330) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****06-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/15/05 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 3,253.36 |
| 03/31/05 | {15} | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.93 | | 3,254.29 |
| 04/15/05 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama | 1141-000 | 250.00 | | 3,504.29 |
| 04/29/05 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.97 | | 3,505.26 |
| 05/17/05 | {14} | Todd and Debbie Manasco | Installment payment pursuant to approval of compromise regarding sale of land on contract | 1141-000 | 250.00 | | 3,755.26 |
| 05/31/05 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 1.07 | | 3,756.33 |
| 06/22/05 | {14} | Todd & Debbie Manasco | Post-petition Ch. 13 (Barmore) Debtor's Monthly Payment. | 1141-000 | 250.00 | | 4,006.33 |
| 06/30/05 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 1.22 | | 4,007.55 |
| 07/21/05 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 4,257.55 |
| 07/29/05 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.41 | | 4,258.96 |
| 08/18/05 | {14} | Todd & Debbie Manasco | Post-Petition Chapter 13 (Barmore) Debtor's Monthly Payment | 1141-000 | 250.00 | | 4,508.96 |
| 08/31/05 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.66 | | 4,510.62 |
| 09/23/05 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 4,760.62 |
| 09/30/05 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.79 | | 4,762.41 |
| 10/25/05 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 5,012.41 |
| 10/31/05 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.09 | | 5,014.50 |
| 11/23/05 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 5,264.50 |
| 11/30/05 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.28 | | 5,266.78 |
| 12/30/05 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 5,516.78 |
| 12/30/05 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.63 | | 5,519.41 |
| 01/23/06 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 5,769.41 |
| 01/31/06 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.10 | | 5,772.51 |

Subtotals :   $2,769.15   $0.00

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-70960 MB |
|---|---|
| Case Name: | MANASCO, TODD E. |
| | MANASCO, DEBBIE M. |
| Taxpayer ID #: | 13-7413116 |
| Period Ending: | 12/20/06 |

| Trustee: | THOMAS J. LESTER (330330) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-****06-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/21/06 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 6,022.51 |
| 02/28/06 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.13 | | 6,025.64 |
| 03/21/06 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 6,275.64 |
| 03/31/06 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.63 | | 6,279.27 |
| 04/25/06 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 6,529.27 |
| 04/28/06 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.99 | | 6,533.26 |
| 05/25/06 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 6,783.26 |
| 05/31/06 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.45 | | 6,787.71 |
| 06/28/06 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 7,037.71 |
| 06/30/06 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.47 | | 7,042.18 |
| 07/24/06 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 7,292.18 |
| 07/31/06 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.82 | | 7,297.00 |
| 08/25/06 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 7,547.00 |
| 08/31/06 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.98 | | 7,551.98 |
| 09/29/06 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 7,801.98 |
| 09/29/06 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.79 | | 7,806.77 |
| 10/26/06 | {14} | Todd & Debbie Manasco | Payment from sale of land in Alabama. | 1141-000 | 250.00 | | 8,056.77 |
| 10/31/06 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.46 | | 8,062.23 |
| 11/30/06 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.29 | | 8,067.52 |
| 12/20/06 | {15} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 3.35 | | 8,070.87 |
| 12/20/06 | | To Account #*******0666 | Transfer to checking account for preparation of Final Report | 9999-000 | | 8,070.87 | 0.00 |

| | | Subtotals : | $2,298.36 | $8,070.87 |
|---|---|---|---|---|

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-70960 MB | Trustee: | THOMAS J. LESTER (330330) |
| --- | --- | --- | --- |
| Case Name: | MANASCO, TODD E. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | MANASCO, DEBBIE M. | Account: | ***-*****06-65 - Money Market Account |
| Taxpayer ID #: | 13-7413116 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/20/06 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | | | | | $0.00 |
| | | | ACCOUNT TOTALS | | 8,070.87 | 8,070.87 | |
| | | | Less: Bank Transfers | | 0.00 | 8,070.87 | |
| | | | Subtotal | | 8,070.87 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,070.87 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-70960 MB
**Case Name:** MANASCO, TODD E.
MANASCO, DEBBIE M.
**Taxpayer ID #:** 13-7413116
**Period Ending:** 12/20/06

**Trustee:** THOMAS J. LESTER (330330)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****06-66 - Checking Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/20/06 | | From Account #*******0665 | Transfer to checking account for preparation of Final Report | 9999-000 | 8,070.87 | | 8,070.87 |

Net Receipts : 8,070.87
Net Estate : $8,070.87

| | | | | | |
|---|---|---|---|---|---|
| ACCOUNT TOTALS | | | | 8,070.87 | 0.00 |
| Less: Bank Transfers | | | | 8,070.87 | 0.00 |
| Subtotal | | | | 0.00 | 0.00 |
| Less: Payments to Debtors | | | | | 0.00 |
| NET Receipts / Disbursements | | | | $0.00 | $0.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****06-65 | 8,070.87 | 0.00 | 0.00 |
| Checking # ***-*****06-66 | 0.00 | 0.00 | 8,070.87 |
| | $8,070.87 | $0.00 | $8,070.87 |

{} Asset reference(s)

Printed: 12/20/2006 01:36 PM    V.8.12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MANASCO, TODD E.<br>MANASCO, DEBBIE M.<br><br>Debtors. | CHAPTER 7<br><br>CASE NO. 04-70960 MB<br><br>Judge MANUEL BARBOSA |

### DISTRIBUTION REPORT

I, <u>THOMAS J. LESTER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---:|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 1,619.65 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims (507(a)(8)): | $ | 0.00 |
| Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 5,786.87 |
| Tardily-Filed Unsecured Claims: | $ | 664.35 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 8,070.87 |

**EXHIBIT D**

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $1,619.65 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | THOMAS J. LESTER, Trustee statutory compensation | 1,557.09 | 1,557.09 |
| | THOMAS J. LESTER, Trustee expenses | 62.56 | 62.56 |
| | TOTAL $ | | 1,619.65 |

b. $0.00 for Chapter 11 administrative expenses allowed under §503(b) as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

c. $0.00 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 earned within 90 days of Petition: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds up to the extent of $4,000 per individual: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 per individual: | $0.00 | 0.00% |

| CLAIM | | ALLOWED | PROPOSED |

**EXHIBIT D**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) -Claims for alimony, maintenance or support: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Taxes §724(b) - Tax Liens: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, reimbursement claims et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

d. $5,786.87 for general unsecured creditors who have filed claims allowed in the total amount of $5,786.87, yielding a dividend of 100.00% as itemized below:

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $5,786.87 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Creditors Protection Service | 368.00 | 368.00 |
| 4 | MAYO CLINIC | 882.68 | 882.68 |
| 5 | Kohl's Department Store | 584.61 | 584.61 |
| 6 | ROCKFORD CLINIC | 870.64 | 870.64 |
| 7 | PHYSICIANS IMMEDIATE CARE | 143.00 | 143.00 |

**EXHIBIT D**

| | | | |
|---|---|---:|---:|
| 8 | ROCKFORD ANESTHESIOLOGISTS | 457.20 | 457.20 |
| 9 | MUTUAL MANAGEMENT | 994.98 | 994.98 |
| 10 | ROCKFORD MERCANTILE | 1,485.76 | 1,485.76 |
| | TOTAL $ | | 5,786.87 |

e. $664.35 for tardily filed unsecured claims allowed in the total amount of $3,982.55 yielding a dividend of 16.68% as itemized below:

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Late unsecured claims | $3,982.55 | 16.68% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| 13 | Citibank NA | 3,982.55 | 664.35 |
| | TOTAL $ | | 664.35 |

f. $0.00 for fines and penalties

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | TOTAL $ | | 0.00 |

g. $0.00 for interest

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | TOTAL $ | | 0.00 |

h. $0.00 Subordinated General Unsecured Claims

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| Subordinated General Unsecured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | TOTAL $ | | 0.00 |

i. $0.00 to the Debtor

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | TOTAL $ | | 0.00 |

j. $0.00 for secured creditors

**EXHIBIT D**

| 16. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Creditors | | $800.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 2A | AMERICAN GENERAL | 800.00 | 0.00 |
| | | TOTAL | $0.00; shall not share in the distribution to pursuant to Order entered 10/23/06 |

The following claims are not included in the distribution because they have been disallowed by court order, withdrawn by the claimant, or otherwise barred from distribution:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | AMERICAN GENERAL 342 CHRYSLER DRIVE BELVIDERE, IL 61008 | $ 221.17 | Disallowed pursuant to Order entered 10/23/06 |
| Unsecured | 3 | Creditors Protection Service P.o. box 4115 Rockford, IL 6115 | $ 661.32 | Disallowed pursuant to Order entered 10/23/06 |
| Unsecured | 9 | Mutual Management PO Box 4777 Rockford, IL 61110 | $ 1,137.98 | Portion of claim, $143.00, disallowed and allowed in the amount of $994.98 pursuant to Order entered 10/23/06. |
| Unsecured | 11 | ROCKFORD MERCANTILE 2502 S. ALPINE RD. ROCKFORD, IL 61108 | $ 1,485.76 | Disallowed pursuant to Order entered 10/23/06 |
| Unsecured | 12 | ACCOUNT RECOVERY SERVICES PO BOX 2526 LOVES PARK, IL 61132 | $ 470.00 | Disallowed pursuant to Order entered 10/23/06 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATE:   December 20, 2006          /s/ Thomas J. Lester
                                   THOMAS J. LESTER, Trustee

**EXHIBIT D**

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Trustee's Attorney | $0.00 | $0.00 | $0.00 |
| Trustee's Accountant | N/A | N/A | N/A |
| Trustee's Other Professionals | N/A | N/A | N/A |
| Debtor's Attorney | $1,250.00 | $0.00 | $1,250.00 |
| Debtors' Accountant | N/A | N/A | N/A |
| Any Other Professional | N/A | N/A | N/A |
| **TOTAL** | $1,250.00 | $0.00 | $1,250.00 |

**EXHIBIT G**