Case Name:  Todd and Debbie Manasco
Case No:    04 B 70960

# **CERTIFICATION OF REVIEW**

  The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:  2/1/07        WILLIAM T. NEARY
             United States Trustee, Region 11


         BY: __/s/_____
            SHEREE G. DANDURAND
            Assistant U.S. Trustee