# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>MANASCO, TODD E.<br>MANASCO, DEBBIE M.<br><br>Debtors. | CHAPTER 7<br><br>CASE NO. 04-70960 MB<br><br>Judge MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

    At:  U.S. BANKRUPTCY COURT
         211 South Court Street, Room 115
         Rockford, IL 61101

    on:  **February 26, 2007**
    at:  **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| THOMAS J. LESTER, Trustee | $ 0.00 | $ 1,557.09 | $ 62.56 |

4. The Trustee's Final Report shows total:

    a. Receipts                              $ 8,070.87

    b. Disbursements                         $ 0.00

    C. Net Cash Available for Distribution   $ 8,070.87

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $6,451.22, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $5,786.87, resulting in an approximate distribution of 100.00% to unsecured creditors. The untimely filed claim shall receive an approximate distribution of 16.68%.

6. The Debtors have been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

    See assets described as property to be abandoned at case closing in Form 1 attached to the Final Report as Exhibit B.

DATE:   February 2, 2007               /s/ Thomas J. Lester
                                       THOMAS J. LESTER, Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: lorsmith               Page 1 of 2              Date Rcvd: Feb 05, 2007
Case: 04-70960                Form ID: pdf002              Total Served: 48

The following entities were served by first class mail on Feb 07, 2007.
db         +Todd E Manasco,    314 E Oakwood,    Byron, IL 61010-9512
jdb        +Debbie M Manasco,    314 E Oakwood,    Byron, IL 61010-9512
aty        +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1042
aty        +James M Philbrick,    Law Offices of James M. Philbrick, P.C.,    P. O. Box 351,
             Mundelein, IL 60060-0351
tr          Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL  61105-1389
7801552    +ACCOUNT RECOVERY SERVICES,    PO BOX 2526,    LOVES PARK, IL 61132-2526
7801553    +ALLIED INTERSTATE,    PO BOX 361774,    COLUMBUS, OH 43236-1774
7801554    +AMERICAN GENERAL,    342 CHRYSLER DRIVE,    BELVIDERE, IL 61008-6029
7801555     ARCADIA FINANCIAL,    PO BOX 1437,    MINNEAPOLIS, MN 55440-1437
7801556     BANK OF AMERICA,    PO BOX 5270,    CAROL STREAM, IL 60197-5270
7801557     BARIATRIC TREATMENT CENTER,    PO BOX 77000,    DETROIT, MI 48277-0774
7801558     CITI CARDS,    PO BOX 6415,    THE LAKES, NV 88901-6415
7801559    +CITI FINANCIAL,    3502 E. STATE STREET,    ROCKFORD, IL 61108-1914
7801560     CITI MORTGAGE,    PO BOX 790001,    ST LOUIS, MO 63179-0001
7801561    +CREDITORS PROTECTION,    202 W. STATE STREET, SUITE 300,    ROCKFORD, IL 61101-1163
8388668    +Citibank NA,    Choice,    P.O. box 6305,    The Lakes, NV 88901-6305
7801563    +Creditors Protection Service,    P.o. box 4115,    Rockford, IL 61110-0615
7801564     DIRECT MERCHANTS BANK,    PO BOX 17036,    BALTIMORE, MD 21297-0448
7801565     ER SOLUTIONS,    PO BOX 9004,    RENTON, WA 98057-9004
7801566    +HERITAGE CREDIT UNION,    5959 E. STATE STREET,    ROCKFORD, IL 61108-2417
7801567    +IHC SWEDISH AMERICAN PHYSICIANS,    1251 W. GLEN OAKS LN,    MEQUON, WI 53092-3356
7801568     KOHLS,    PO BOX 2983,    MILWAUKEE, WI 53201-2983
8122474    +Kohl’s Department Store,    c/o Creditors Bankruptcy Service,    P.O. box 740933,
             Dallas, Tx 75374-0933
7801569     MAYO CLINIC,    PO BOX 4003,    ROCHESTER, MN 55903-4003
7801570    +MORRIS SORIANO, M.D.,    1021 N. MULFORD RD,    ROCKFORD, IL 61107-3877
7801571    +MUTUAL MANAGEMENT,    PO BOX 4777,    ROCKFORD, IL 61110-4777
7801572    +NATION ENTERPRISE SYSTEMS,    29125 SOLON RD.,    SOLON, OH 44139-3442
7801573     NORTHWEST SUBURBAN HOSPITAL,    PO BOX 77000,    DETROIT, MI 48277-0539
7801574    +PHYSICIANS IMMEDIATE CARE,    11475 N. 2ND STREET,    MACHESNEY PARK, IL 61115-1285
7801575     PROFESSIONAL PLACEMENT SERVICES,    PO BOX 612,    MILWAUKEE, WI 53201-0612
7801576    +RADIOLOGY CONSULTANTS OF ROCKFORD,    PO BOX 4542,    ROCKFORD, IL 61110-4542
7801577    +RECEIVABLE MANAGEMENT,    PO BOX 787,    DIXON, IL 61021-0787
7801578     ROCKFORD ANESTHESIOLOGISTS,    PO BOX 4569,    ROCKFORD, IL 61110-4569
7801579     ROCKFORD ANESTHESIOLOGISTS ASSOC.,    PO BOX 4569,    ROCKFORD, IL 61110-4569
7801580     ROCKFORD ASSOC. PATHOLOGY LTD.,    PO BOX 4388,    ROCKFORD, IL 61110-0888
7801581    +ROCKFORD CLINIC,    2300 N. ROCKTON AVE.,    ROCKFORD, IL 61103-3692
7801582    +ROCKFORD GASTROENTEROLOGY,    401 ROXBURY RD.,    ROCKFORD, IL 61107-5078
7801584    +ROCKFORD MEMORIAL HOSPITAL,    2400 N. ROCKTON AVE.,    ROCKFORD, IL 61103-3681
7801586     ROCKFORD MERCANTILE,    PO BOX 5847,    ROCKFORD, IL  61125-0847
7801585    +ROCKFORD MERCANTILE,    2502 S. ALPINE RD.,    ROCKFORD, IL 61108-7813
7801587    +ROCKFORD SURGICAL,    5668 E. STATE STREET,    ROCKFORD, IL 61108-2464
7801588     SEARS,    PO BOX 182149,    COLUMUS, OH 43218-2149
7801589    +SURGICAL ASSOCIATES,    PO BOX 4224,    ROCKFORD, IL 61110-0724
7801590     SWEDISH AMERICAN HOSPITAL,    PO BOX 4448,    ROCKFORD, IL  61110-0948
7801591    +US CELLULAR,    PO BOX 0203,    PALATINE, IL 60055-0001
7801592     VALUE CITY,    PO BOX 17298,    BALTIMORE, MD 21297-1298
7801594     WFS,    PO BOX 25341,    SANTA ANA, CA 92799-5341

The following entities were served by electronic transmission on Feb 06, 2007.
7801593      E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 06 2007 02:30:24      VERIZON WIRELESS,
              PO BOX 790406,    ST. LOUIS, MO 63179-0406
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Drost, Kenneth B
cr           WFS Financial Inc
aty*         Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL  61105-1389
7801562*    +CREDITORS’ PROTECTION,    202 W. STATE STREET, SUITE 300,    ROCKFORD, IL 61101-1163
8117103*    +Creditors’ Protection Service, Inc.,    P.O. Box 4115,    Rockford, IL 61110-0615
7801583*     ROCKFORD ASSOC. PATHOLOGY LTD.,    PO BOX 4388,    ROCKFORD, IL 61110-0888
                                                                                          TOTALS: 2, * 4

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 2                Date Rcvd: Feb 05, 2007
Case: 04-70960                Form ID: pdf002         Total Served: 48

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2007**                       **Signature:** *Joseph Speetjens*