**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MANASCO, TODD E.<br>MANASCO, DEBBIE M.<br><br>Debtors. | CHAPTER 7 CASE<br><br>CASE NO. 04-70960 MB<br><br>JUDGE MANUEL BARBOSA |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO:    THE HONORABLE MANUEL BARBOSA
       BANKRUPTCY JUDGE

      Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

      All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

      The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: 9/28/07

                                              THOMAS J. LESTER, TRUSTEE

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: November 13, 2007      WILLIAM T. NEARY
                                          United States Trustee

                                            By:      CAROLE J. RYCZEK
                                                      Attorney for U.S. Trustee

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105
(815) 490-4900

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

March 31, 2007 through April 30, 2007

Account Number: **000312889850666**

### CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273



00022252 DBI 802 24 12107 - NNN  1 000000000 66 0000
04-70960 MANASCO TODD E
MANASCO DEBBIE M DEBTOR
330330 THOMAS LESTER TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $1,753.32 |
| Checks Paid | 2 | - 1,753.32 |
| **Ending Balance** | 2 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 104 | 04/04 | $882.68 |
| 106 * | 04/02 | 870.64 |
| **Total Checks Paid** |  | **$1,753.32** |

* Checks may not appear on your bank statement because they have not yet cleared, appeared on a previous statement, or cleared as an electronic withdrawal and will be listed under the "electronic withdrawals" section of your statement. Some Online Bill Payment transactions are assigned six-digit check numbers and appear under "checks paid" causing non-sequential check numbers.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/02 | $882.68 |
| 04/04 | 0.00 |



EXHIBIT

B



Page 1 of 2